■ DONALD LEONE et al., Respondents, v DAVID BRASON et al., Appellants. [908 NYS2d 381]—Appeal from an order of the Erie County Court (Thomas P. Franczyk, J.), entered October 23, 2009. The order modified a judgment of Buffalo City Court (Daniel Grasso, J.), entered May 29, 2009 in favor of plaintiffs in a small claims action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Peradotto, Sconiers and Pine, JJ.

■ GAETANO J. POLIZZI, DDS, Doing Business as ALLBRITE DENTAL, PLLC, Respondent, v ANTHONY J. IPPOLITO, MS, DDS, Appellant. [907 NYS2d 923]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered May 6, 2009. The order granted the motion of plaintiff to enforce a stipulated settlement.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Sconiers and Pine, JJ.

■ WINDSONG LANE FARMS, Appellant, v TELMARK, LLC, et al., Respondents. (Appeal No. 1.) [907 NYS2d 923]—Appeal from an order of the Supreme Court, Jefferson County (Joseph D. McGuire, J.), entered July 13, 2009. The order, inter alia, denied the motion of plaintiff to set aside the verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Centra, Peradotto, Sconiers and Pine, JJ.